IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN DONAHUE | : | |
|     Petitioner, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | |
| SCHULTZ | : | NO. 06-3248 |
|     Respondent. | : | |

## ORDER

**AND NOW**, this ____ day of January, 2007, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241, after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Reuter, and no objections to the Report and Recommendation having been filed, **IT IS HEREBY ORDERED and DECREED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**.

2. The petition for a writ of habeas corpus is **TRANSFERRED** to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. §§ 1406(a) and 1404(a).[1]

.

BY THE COURT:

/S/ Petrese B. Tucker
_____
Honorable Petrese B. Tucker, U.S.D.J.

---

[1] Petitioner is currently incarcerated at the Federal Correction Institution at FCI-Fairton in Fairton, New Jersey. (Pet. ¶ 1.)